```
JS 44                                                                                          04-00024
(Rev. 3/99)                          CIVIL COVER SHEET
```

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
WESCO DISTRIBUTION, INC.

## DEFENDANTS
T.E. SERVICES CORPORATION
TRAVELERS CASUALTY & SURETY COMPANY
OF AMERICA

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **DELAWARE**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT **CALIFORNIA**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
JON A. VISOSKY, ESQ.
DOOLEY ROBERTS & FOWLER LLP
SUITE 201, 865 SOUTH MARINE DRIVE
TAMUNING, GUAM 96910 (671) 646-1222

ATTORNEYS (IF KNOWN)
UNKNOWN

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☒ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | **FEDERAL TAX SUITS** | |
| | | ☐ 555 Prison Condition | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | ☐ 790 Other Labor Litigation | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 791 Empl. Ret. Inc. Security Act | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
40 USC SECTION 3133

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $ 71,259.67 + PRE & POST JUDGMENT INTEREST
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY (See Instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 04/28/04
SIGNATURE OF ATTORNEY OF RECORD
JON A. VISOSKY, ESQ. / DOOLEY ROBERTS & FOWLER LLP

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

RECEIVED
APR 28 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No.:(671) 646-1222
Facsimile No.:(671) 646-1223

Attorneys for Plaintiff
WESCO Distribution, Inc.



FILED
DISTRICT COURT OF GUAM
APR 28 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of WESCO DISTRIBUTION, INC. <br><br> Plaintiff, <br><br> vs. <br><br> T.E. SERVICES CORPORATION and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA <br><br> Defendants. | CIVIL CASE NO. CV 04-00024 <br><br> COMPLAINT |

### JURISDICTION

1. This court has subject matter jurisdiction of this action under 40 U.S.C. § 3133.

### VENUE

2. Venue in the district of Guam is proper under 40 U.S.C. § 3133(b)(3)(B) because the subject contract was performed and executed in the district of Guam.

### MILLER ACT CLAIM

3. Plaintiff WESCO Distribution, Inc. (WESCO) is, and at all relevant times was, a corporation, organized and existing under and by virtue of the laws of the State of Delaware, and

ORIGINAL

doing business, and having its principal place of business, in Pittsburgh, Pennsylvania.

4. Upon information and belief, Defendant T.E. Services Corporation (TE Services) is, and at all times herein mentioned was, a corporation, organized and existing under and by virtue of the laws of California, and doing business, and having its principal place of business, in Modesto, California.

5. Upon information and belief, Defendant Travelers Casualty & Surety Company of America (Travelers) is, and at all times herein mentioned was, a corporation, organized and existing under and by virtue of the laws of Connecticut, and doing business, and having its principal place of business, in Hartford, Connecticut.

6. On September 30, 2000, defendant TE Services entered into and executed a formal contract with the United States of America, that contract being known as and designated as Contract No. N62766-00-D-0430, for the replacement of pad mounted transformers in Hagåtña and Harmon, Guam.

7. In accordance with 40 USC § 3133 and the terms of Contract No. N62766-00-D-0430, defendant TE Services, as principal, and defendant Travelers as surety, provided, executed, and delivered, with the execution of the contract, their bond dated October 11, 2000, designated as Payment Bond, to the United States of America, in the sum of $100,000 for the use of all persons, supplying labor and material in the prosecution of the work provided for in the contract; a copy of the Payment Bond is attached as Exhibit A.

8. On October 3, 2001 at and within the District of Guam, plaintiff WESCO, as

subcontractor, entered into a contract in writing with TE Services by which WESCO agreed to furnish two (2) transformers and related equipment for the sum of $712,597.00. Copies of WESCO's Quotation and TE Services' Purchase Order No. 12215 comprising the contract are attached as Exhibits B and C, respectively.

9. On May 27, 2003, WESCO delivered the final shipment of related equipment to TE Services.

10. TE Services has paid WESCO $641,337.33 pursuant to the Quotation and Purchase Order. A balance of $71,259.67 remains due on the principal sum.

11. Pursuant to WESCO's Quotation, interest accrues on the delinquent principal sum of $71,259.67 at the rate of 1.5% monthly. As of April 27, 2004, interest in the amount of $11,607.90 had accrued.

12. Pursuant to WESCO's Quotation, ¶ 12, and based on TE Services' failure to make full payment and the necessity of filing this action, WESCO is entitled to recover its attorney's fees and other costs incurred in connection with this action.

**WHEREFORE,** WESCO respectfully pray for judgment against Defendants as follows:

1. The principal sum of $71,259.67;

2. Attorney's fees;

3. Pre-judgment contract interest in the amount of $11,607.90.

4. Post-judgment interest at the legal rate; and

5. Such other relief as the court deems proper.

Dated April 28, 2004.

DOOLEY ROBERTS & FOWLER LLP

By: _____
**JON A. VISOSKY**
Attorneys for Plaintiff
WESCO Distribution, Inc.

# UNITED STATES DISTRICT COURT

District of    GUAM

WESCO DISTRIBUTION, INC.

V.

T.E. SERVICES CORPORATION AND
TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **04-00024**

TO: (Name and address of Defendant)    T.E. SERVICES CORPORATION

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JON A. VISOSKY, ESQ.
DOOLEY ROBERTS & FOWLER LLP
SUITE 201, ORLEAN PACIFIC PLAZA
865 SOUTH MARINE DRIVE
TAMUNING, GUAM 96913

ACKNOWLEDGED RECEIPT

By: ED Santos
Date: 4/28/04

an answer to the complaint which is served on you with this summons, within    **20**    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran
CLERK

/s/ Leilani R. Toves Hernandez
(By) DEPUTY CLERK

APR 28 2004
DATE

# UNITED STATES DISTRICT COURT

District of  GUAM

WESCO DISTRIBUTION, INC.

V.

T.E. SERVICES CORPORATION AND
TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  04-00024

TO: (Name and address of Defendant) TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JON A. VISOSKY, ESQ.
DOOLEY ROBERTS & FOWLER LLP
SUITE 201, ORLEAN PACIFIC PLAZA
865 SOUTH MARINE DRIVE
TAMUNING, GUAM 96913

ACKNOWLEDGED RECEIPT

By: _____
Date: _____

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Morgan

CLERK

/s/ Leilani R. Toves Hernandez

(By) DEPUTY CLERK

APR 28 2004

DATE