DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No.:(671) 646-1222
Facsimile No.:(671) 646-1223



Attorneys for Plaintiff
WESCO Distribution, Inc.

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, for the use of WESCO DISTRIBUTION, INC. | ) ) ) ) | CIVIL CASE NO. CV04-00024 |
| Plaintiff, | ) ) | **FIRST AMENDED COMPLAINT** |
| vs. | ) ) | |
| T.E. SERVICES CORPORATION and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA | ) ) ) ) | |
| Defendants. | ) ) ) | |

## JURISDICTION

1.    This court has subject matter jurisdiction of this action under 40 U.S.C. § 3133.

## VENUE

2.    Venue in the district of Guam is proper under 40 U.S.C. § 3133(b)(3)(B) because the

subject contract was performed and executed in the district of Guam.

## MILLER ACT CLAIM

3.    Plaintiff WESCO Distribution, Inc. (WESCO) is, and at all relevant times was, a

corporation, organized and existing under and by virtue of the laws of the State of Delaware, and

**ORIGINAL**

doing business, and having its principal place of business, in Pittsburgh, Pennsylvania.

4.      Upon information and belief, Defendant T.E. Services Corporation (TE Services) is, and at all times herein mentioned was, a corporation, organized and existing under and by virtue of the laws of California, and doing business, and having its principal place of business, in Modesto, California.

5.      Upon information and belief, Defendant Travelers Casualty & Surety Company of America (Travelers) is, and at all times herein mentioned was, a corporation, organized and existing under and by virtue of the laws of Connecticut, and doing business, and having its principal place of business, in Hartford, Connecticut.

6.      On September 30, 2000, defendant TE Services entered into and executed a formal contract with the United States of America, that contract being known as and designated as Contract No. N62766-00-D-0430, for the replacement of pad mounted transformers in Hagåtña and Harmon, Guam.

7.      In accordance with 40 USC § 3133 and the terms of Contract No. N62766-00-D-0430, defendant TE Services, as principal, and defendant Travelers as surety, provided, executed, and delivered, with the execution of the contract, their bond dated October 11, 2000, designated as Payment Bond, to the United States of America, in the sum of $100,000 for the use of all persons, supplying labor and material in the prosecution of the work provided for in the contract; a copy of the Payment Bond is attached as Exhibit A.

8.      On October 3, 2001 at and within the District of Guam, plaintiff WESCO, as

subcontractor, entered into a contract in writing with TE Services by which WESCO agreed to furnish two (2) transformers and related equipment for the sum of $712,597.00. Copies of WESCO's Quotation and TE Services' Purchase Order No. 12215 comprising the contract are attached as Exhibits B and C, respectively.

9. On May 27, 2003, WESCO delivered the final shipment of related equipment to TE Services.

10. TE Services has paid WESCO $641,337.33 pursuant to the Quotation and Purchase Order. A balance of $71,259.67 remains due on the principal sum.

11. Pursuant to WESCO's Quotation, interest accrues on the delinquent principal sum of $71,259.67 at the rate of 1.5% monthly. As of April 27, 2004, interest in the amount of $11,607.90 had accrued.

12. Pursuant to WESCO's Quotation, ¶ 12, and based on TE Services' failure to make full payment and the necessity of filing this action, WESCO is entitled to recover its attorney's fees and other costs incurred in connection with this action.

**WHEREFORE,** WESCO respectfully pray for judgment against Defendants as follows:

1. The principal sum of $71,259.67;

2. Attorney's fees;

3. Pre-judgment contract interest in the amount of $11,607.90.

4. Post-judgment interest at the legal rate; and

First Amended Complaint
*WESCO Distribution, Inc. vs. T.E. Services Corporation, et al.*
Civil Case No. CV04-00024
Page 4 of 4

5.     Such other relief as the court deems proper.

Dated May 3, 2004.

DOOLEY ROBERTS & FOWLER LLP

By: _____
        **JON A. VISOSKY**
        Attorneys for Plaintiff
        WESCO Distribution, Inc.

Case 1:04-cv-00024    Document 2    Filed 05/03/2004    Page 5 of 11

BOND NO. 0055B103320050069

OCTOBER 11, 2000

**PAYMENT BOND**
(See instructions on reverse)

Public reporting burden for this collection of information is estimated to average 25 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition Policy, GSA, Washington, D.C. 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0045), Washington, D.C. 20503.

**PRINCIPAL** (Legal name and business address)
T. E. SERVICES CORPORATION
2200 CROWS LANDING RD.
MODESTO, CA. 95358-6107

**TYPE OF ORGANIZATION** ("X" one)
☐ INDIVIDUAL ☐ PARTNERSHIP ☐ JOINT VENTURE ☒ CORPORATION

**STATE OF INCORPORATION**
CALIFORNIA

**SURETY(IES)** (Name(s) and business address(es))
TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
3200 VILLA LANE
NAPA, CA. 94558

| PENAL SUM OF BOND | | | | CONTRACT DATE | CONTRACT NO. |
|---|---|---|---|---|---|
| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS | 09/30/00 | N62766-00-D-0430 |
| | 100 | 000 | 00 | | |

**OBLIGATION:**

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the Sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

**CONDITIONS:**

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

**WITNESS:**

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

**PRINCIPAL**

| | SIGNATURE(S) | | | |
|---|---|---|---|---|
| | 1. | 2. | 3. | Corporate Seal |
| NAME(S) & TITLES(S) (Typed) | 1. FRED J. TOELKES PRESIDENT | 2. | 3. | |

**INDIVIDUAL SURETY(IES)**

| SIGNATURE(S) | 1. | 2. | (Seal) |
|---|---|---|---|
| NAME(S) (Typed) | 1. | 2. | |

**CORPORATE SURETY(IES)**

NAME & ADDRESS: TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, 3200 VILLA LANE, NAPA, CA. 94558
STATE OF INC. CONNECTICUT   LIABILITY LIMIT $

| | SIGNATURE(S) | 1. | 2. | Corporate Seal |
|---|---|---|---|---|
| NAME(S) & TITLES(S) (Typed) | 1. CLAY THOMPSON ATTORNEY-IN-FACT | 2. | | |

37698 (11/96)
Previous edition not usable
SN 7540-01-152-8061

EXPIRATION DATE: 9-30-98   25-205   STANDARD FORM 25-A (REV. 1-90)
Prescribed by GSA — FAR (48 CFR 53.228(c))

**EXHIBIT A**

TOTAL P.02

Fort people

# WESCO Distribution, Inc

PO BOX 4434
TAMUNING GUAM 96931
TEL. NO. (671) 646-6561
FAX NO. (671) 646-6011

## ITEM A.

**Quotation**

This quotation constitutes an offer to sell which other expressly limits acceptance to the terms of this offer on t
back of this quotation. This offer shall be open for a period of fifteen days (15) from the date of this offer. Subject
Buyer's creditworthiness, the issuer of the form with a Purchase Order number or any other reasonable manner
accordance will be sufficient to form an agreement on the terms and conditions on the back of this quotation.

| To: | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| GE SERVICES | | | | | | | | |
| ATTN : EDDIE IK | | | | | | | | |

Date: OCT 02, 2001

Project Name
or Number: BARRON/AGANA SUBSTATION

Date of Your
Inquiry:

When ordering please refer
to Quotation Number: 61713

| Quantity | Catalog Number and Description | | Unit Price | U/M | Total Price | Rate of Cash Discount | Shipping Time (Weeks) |
|---|---|---|---|---|---|---|---|
| m | | | | | | | |
| | 3 = PER THOUSAND FEET | | | | | | |
| 1 | 18000 KVA 34.5-13.8 SUBSTATION TX OVERHEAD ( AGANA ) | | 304,613.98 | 3 | 304,613.98 | | |
| 1 | CIF OCEAN FREIGHT | | 16,435.00 | 1 | 16,435.00 | | |
| 1 | DELIVERY TO JOB SITE | | 6,000.00 | 1 | 6,000.00 | | |
| 1 | LOCAL DELIVERY INSURANCE | | 800.00 | 1 | 800.00 | | |
| | | | | | | | |
| 1 | 18000 KVA 34.5-13.8 SUBSTATION TX UNDERGROUND ( BARRON ) | | 358,348.39 | 3 | 358,348.39 | | |
| 1 | CIF OCEAN FREIGHT | | 19,680.00 | 1 | 19,680.00 | | |
| 1 | DELIVERY TO JOB SITE | | 6,000.00 | 1 | 6,000.00 | | |
| 1 | LOCAL DELIVERY INSURANCE | | 800.00 | 1 | 800.00 | | |
| | | | | | | | |
| | T O T A L   P R I C E  ................... | | | | 712,597.37 | | |

'8. Point of Shipment. The prices stated in this offer shall, unless renewed,
omatically expire fifteen days (15) from the date of this offer.

# WESCO Distribution, Inc
(Name)

Per: _[signature]_

## EXHIBIT B

27022 (3-96)                                    ** TOTAL PAGE.03 **

Case 1:04-cv-00024 Document 2 Filed 05/03/2004 Page 7 of 11

ESCO
extra
rt people

# WESCO Distribution, Inc.

PO BOX 9333
TAMUNING GUAM 96931
TEL. NO. 646-6551, 647-5551
FAX NO. (671) 646-3223

ITEM A

## Quotation

This quotation constitutes an offer to sell which offer expressly limits acceptance to the terms of this offer on the back of this quotation. This offer shall be firm for a period of fifteen days (15) from the date of this offer. Subject to Buyer's creditworthiness, the return of this form with a Purchase Order number or any other reasonable manner of acceptance will be sufficient to form an agreement on the terms and conditions on the back of this quotation.

To: TE SERVICES

ATTN : EDDIE SY

Date: OCT 02, 2003

Project Name or Number: HARMON/AGANA SUBSTATION

Date of Your Inquiry:

When ordering please refer to Quotation Number: G1738

| Quantity | Catalog Number and Description | Unit Price | U/M | Total Price | Rate of Cash Discount | Shipping Time (Weeks) |
|---|---|---|---|---|---|---|
| | NOTES: | | | | | |

NOTES:

1. TERMS AND CONDITIONS OF SALE AS STATED AT THE BACK OF THIS QUOTATION SHALL APPLY.
2. PRICES ARE GOOD FOR 30 DAYS EXCEPT WIRE. WIRE PRICES SHALL BE SUBJECT TO ESCALATION DUE TO FLUCTUATING COPPER PRICES. WIRE PRICE AT TIME OF ORDER SHALL BE THE PRICE IN EFFECT.
3. CUSTOMER TO ACCEPT DELIVERY OF MATERIALS UPON ARRIVAL TO THE JOB SITE.
4. CUSTOMER IS RESPONSIBLE FOR UNLOADING OF MATERIALS UPON ARRIVAL TO THE JOB SITE INCLUDING THE LIFTING EQUIPMENT.
5. PRICES ARE FOB FACTORY FREIGHT ALONG SIDE WESTCOAST DOCKS.
6. OCEAN FREIGHT. LOCAL HANDLING AND LOCAL TRANSPORTATION INSURANCE ARE SHOWN FOR YOUR INFORMATIO. TOTAL COST INCLUDES ALL CHARGES.
7. EXPLANATION FOR UNITS OF MEASURE:

   1 = PER EACH
   2 = PER HUNDRED FT OR PCS

F.O.B. Point of Shipment. The prices stated in this offer shall, unless renewed, automatically expire fifteen days (15) from the date of this offer.

WESCO Distribution, Inc.

Per: Rey M. [signature]

27022 (3-95)

# WESCO Distribution, Inc.  ITEM A

## TERMS AND CONDITIONS - 030194

1. WESCO Distribution, Inc. (Seller) hereby gives notice of its objection to any different terms and conditions. This offer to sell is expressly conditional on Buyer's assent to the terms and conditions on the front and back of this form and on approval of Buyer's credit worthiness. If not previously given, Buyer's receipt of goods is conclusive as to this assent.

Unless different or additional terms and conditions are stated or referred to in the Seller's proposal, in which event such different or additional terms and conditions shall be exclusive as to the particular subject covered, the terms and conditions stated below apply, and such terms and conditions supersede any prior or contemporaneous agreement or correspondence between the parties.

2. All offers to sell are made F.O.B. point of shipment, and each shipment or delivery shall be considered a separate and independent transaction. Buyer has risk of loss after delivery F.O.B. point.

3. Shipping dates given in advance of actual shipment are estimated and deliveries will be made subject to prior orders on file with Seller. Seller shall not be liable for failure to perform or delay in performance due to any cause beyond its reasonable control, or fire, flood, strike, or other labor difficulty, act of God, act of government authority or of the Buyer, transportation difficulties, delays in usual sources of supply, and major changes in economic conditions. In the event of delay in performance due to any such cause, the date of delivery or shipment will be extended by a period of time reasonably necessary to overcome the effect of such delay.

4. a. WESCO Distribution, Inc. (Seller) makes no warranty, expressed or implied, concerning goods. As respects Seller, such goods are sold with all faults, but Seller shall use its best reasonable efforts to obtain from the manufacturer, in accordance with such manufacturer's customary practices, the repair or replacement of any goods as may prove defective in workmanship or material. Seller hereby disclaims any and all warranties against patent infringement. Seller shall, however, if given prompt notice by the Buyer of any claim of patent infringement with respect to any goods sold hereunder, use its best efforts to secure for the Buyer such indemnity rights as the manufacturer may customarily give with respect to such goods.

b. The foregoing warranties are exclusive and in lieu of all other warranties whether statutory, expressed, or implied (including all warranties of merchantability and fitness for particular purpose and all warranties arising from course of dealing or usage of trade), except patent infringement.

The remedies provided above are the Buyer's sole remedies for any failure of Seller to comply with its obligations. Correction of any nonconformity in the manner and for the period of time provided above shall constitute complete fulfillment of all the liabilities of Seller whether the claims of the Buyer are based in contract, in tort (including negligence or strict liability), or otherwise with respect to or arising out of the goods or service furnished hereunder.

c. SELLER REPRESENTS THAT THE PRODUCT SUPPLIED HEREUNDER IS COMMERCIAL GRADE EQUIPMENT AND MAY NOT BE SUITABLE FOR A NUCLEAR APPLICATION. FURTHER CERTIFICATION WILL BE REQUIRED FOR USE OF THIS EQUIPMENT IN ANY SAFETY-RELATED APPLICATION IN A NUCLEAR FACILITY.

5. If in Seller's judgement, the financial condition of the Buyer at any time does not justify the terms of payment specified, Seller reserves the right to require full payment in cash before order entry, manufacture, shipment, or delivery.

6. This order may be cancelled by the Buyer only if agreed to by Seller and upon payment of reasonable charges based upon expenses already incurred and commitments made by Seller.

7. Seller, its contractors, and suppliers of any tier shall not be liable in contract, in tort (including negligence or strict liability) or otherwise for damage or loss of other property or equipment, loss of profits or revenue, loss of use of equipment or power system, cost of capital, cost of purchased or replacement power or temporary equipment (including additional expenses incurred in using existing facilities), claims of customers of the Buyer, or for any special, indirect, incidental, or consequential damages whatsoever.

The remedies of the Buyer set forth herein are exclusive and the total cumulative liability of Seller with respect to this contract, or anything done in connection therewith such as the performance or breach thereof, or from the manufacture, sale, delivery, resale, or use of any goods covered by or furnished under this contract, whether in contract, in tort (including negligence or strict liability) or otherwise, shall not exceed the price of the goods or part on which such liability is based.

8. The prices shown do not include any sales, use, or other taxes or charges payable to state or local authorities. Any such taxes or charges now or hereafter imposed with respect to sales or shipments hereunder will be added to such prices and the Buyer agrees to reimburse Seller for any such taxes or charges.

9. Payment is due within 30 days from date of invoice.

10. No sales representative of Seller has authority to alter, vary, or waive any of the standard terms and conditions herein.

11. Buyer agrees that any claim of any kind by Buyer based on or arising out of this contract or otherwise shall be barred unless asserted by Buyer by the commencement of an action within 12 months after the delivery of the products or other event, action, or inaction to which such claim relates. This provision shall survive any termination of this contract, however arising.

12. In the event Buyer defaults in payment, Buyer shall be liable for all collection costs incurred by Seller including, but not limited to, attorney and collection agency fees.

13. In the event Buyer does not pay when due, past due amounts are subject to service charges of 1-1/2 percent per month or maximum permitted by law.

14. In the event of litigation pertaining to any matter covered by this contract, Buyer hereby agrees to waive any right it may have to a jury trial of any or all issues that may be raised in such litigation.

15. It is the policy of Seller to provide equal employment opportunity and to adhere to Federal, state, and local laws pertaining thereto, if any.

16. Nothing contained herein shall be construed to limit or waive any rights of Seller under applicable Federal, state, or local laws.

17. In the event of transfer to a third party of any goods or interest therein, Buyer shall, at its option, either (i) obtain for Seller within assurance from transferee that Seller's and its subcontractor's and supplier's protection against liability following the transfer is the equal of that provided by this contract, or (ii) indemnify them against any liability they may incur, in excess of that which they would have incurred had Buyer obtained the above assurance from the transferee.

APR 22'04 09:40 FB

3184949491523

P.09




EXHIBIT __C__

## T. E. SERVICES CORPORATION / TRANSPACIFIC ENGINEERING.
2200 Crows Landing Road, Modesto, California 95358
Telephone (209) 538-2109  Fax (209) 538-2093

25-04-01

Purchase Order No.: 12215
Show this number on all correspondence

to: WESCO DISTRIBUTION, INC.
P.O. BOX 3838
TAMUNING   GUAM   96911
ATTN: 2382

671 646-6062/6663   646-6013  Fax

NOTE:

| by: | ship via: | ship date: | ship weight: | freq no. |
| --- | --- | --- | --- | --- |

| ITEM | QTY | UOM | DESCRIPTION | UNIT COST | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 1 | 1 | LOT | TRANSFORMERS, 18,000 KVA & 30,000 KVA PER WESCO | 662983.00 | 662983.00 |
| | | | QUOTE DATED OCT. 02, 2001 | | |
| 2 | 1 | LOT | OPTION FOR OCEAN FREIGHT | 36035.00 | 36035.00 |
| | | | NOT EXERCISED AT THIS TIME | | |
| 3 | 1 | LOT | OPTION FOR DELIVERY TO JOBSITE | 12000.00 | 12000.00 |
| | | | NOT EXERCISED AT THIS TIME | | |
| 4 | 1 | LOT | OPTION FOR DELIVERY INSURANCE | 1800.00 | 1800.00 |
| | | | NOT EXERCISED AT THIS TIME | | |
| | | | Total Amount: | | $712,598.00 |

RESALE # SR DHJ 98975862

ITEM __A__

COPY

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ GUAM

WESCO DISTRIBUTION, INC.

v.

T.E. SERVICES CORPORATION AND
TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  04-00024

TO: (Name and address of Defendant)   T.E. SERVICES CORPORATION

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JON A. VISOSKY, ESQ.
DOOLEY ROBERTS & FOWLER LLP
SUITE 201, ORLEAN PACIFIC PLAZA
865 SOUTH MARINE DRIVE
TAMUNING, GUAM 96913

**ACKNOWLEDGED RECEIPT**

By: _ED_ _____

Date: 5/03/04

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Morn

CLERK                                      DATE

/s/ Marilyn B. Alcon                       MAY 03 2004

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

WESCO DISTRIBUTION, INC.

v.

T.E. SERVICES CORPORATION AND
TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-00024

TO: (Name and address of Defendant)    TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JON A. VISOSKY, ESQ.
DOOLEY ROBERTS & FOWLER LLP
SUITE 201, ORLEAN PACIFIC PLAZA
865 SOUTH MARINE DRIVE
TAMUNING, GUAM 96913

ACKNOWLEDGED RECEIPT

By: _____

Date: 5/03/04

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with
the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

CLERK                                      DATE

/s/ Marilyn B. Alcon

(By) DEPUTY CLERK

MAY 03 2004

COPY