# UNITED STATES DISTRICT COURT

District of     GUAM

WESCO DISTRIBUTION, INC.

          V.

T.E. SERVICES CORPORATION AND
TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    04-00024

FILED
DISTRICT COURT OF GUAM
MAY 0 5 2004
MARY L. M. MORAN
CLERK OF COURT

TO: (Name and address of Defendant)    **TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

         JON A. VISOSKY, ESQ.
         DOOLEY ROBERTS & FOWLER LLP
         SUITE 201, ORLEAN PACIFIC PLAZA
         865 SOUTH MARINE DRIVE
         TAMUNING, GUAM 96913

an answer to the complaint which is served on you with this summons, within   **20**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran                             MAY 03 2004

CLERK                                                            DATE

(By) DEPUTY CLERK

ORIGINAL

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | May 4, 2004 |
| NAME OF SERVER (PRINT) Edward G. Perez | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): _____

[stamp: MAY 04 2004 — SERVICES DIRECTOR'S OFFICE]

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $50.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 4, 2004　　_[signature]_
　　　　　　　Date　　　　　　　　Signature of Server

157 Kolupdola Ct. WW#/Yona
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.