FILED
DISTRICT COURT OF GUAM

MAY 0 6 2004

MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

District of GUAM

WESCO DISTRIBUTION, INC.

V.

T.E. SERVICES CORPORATION AND
TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-00024

TO: (Name and address of Defendant)    T.E. SERVICES CORPORATION

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

JON A. VISOSKY, ESQ.
DOOLEY ROBERTS & FOWLER LLP
SUITE 201, ORLEAN PACIFIC PLAZA
865 SOUTH MARINE DRIVE
TAMUNING, GUAM 96913

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

CLERK

(By) DEPUTY CLERK

DATE  APR 28 2004

ORIGINAL

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
　Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  05-06-04
　　　　　　　　Date

X _____
　Signature of Server

DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
Address of Server  865 South Marine Drive
Tamuning, Guam 96913

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.