DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Drive
Tamuning, Guam 96913
Telephone No.:(671) 646-1222
Facsimile No.:(671) 646-1223

Attorneys for Plaintiff
WESCO Distribution, Inc.



# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of WESCO DISTRIBUTION, INC.<br><br>Plaintiff,<br><br>vs.<br><br>T.E. SERVICES CORPORATION and TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA<br><br>Defendants. | CIVIL CASE NO. CV04-00024<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(i)** |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses its complaint against Defendant T.E. Services Corporation in the above-captioned matter with prejudice.

DOOLEY ROBERTS & FOWLER LLP

Date: July 1, 2004    By _____
JON A. VISOSKY, ESQ.
Attorneys for Plaintiff WESCO Distribution, Inc.

F:\Documents\1\5 Civil\W164 WESCO v TE Services-Travelers Surety\Notice of Dismissal (TE Services).doc